CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

4/5/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **TERRY M.,**[1] | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 6:22-CV-17 |
| | ) |
| **KILOLO KIJAKAZI, Acting** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

# ORDER

In accordance with the Memorandum Opinion entered today, Plaintiff's motion for summary judgment is **DENIED** (Dkt. 13), the Commissioner's motion for summary judgment is **GRANTED** (Dkt. 19), and the final decision of the Commissioner is **AFFIRMED.** This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

Entered: April 5, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge

---

[1] Due to privacy concerns, I am adopting the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts use only the first name and last initial of the claimant in social security opinions.